FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 6:11 pm, Aug 06, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: 1:25CR-54 |
| | ) | |
| v. | ) | 18 U.S.C. § 242 |
| | ) | Deprivation of Rights Under Color of Law |
| MARCUS PHILLIPS and ROBERT ROBERSON | ) ) | |
| | ) | 18 U.S.C. § 1519 |
| | ) | Falsification of Records |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** **Deprivation of Rights Under Color of Law**
18 U.S.C. § 242
- Not more than life imprisonment or the death penalty;
- Not more than a $250,000 fine;
- Not more than three years of supervised release;
- $100 special assessment.

**Count 2:** **Destruction, Alteration, or Falsification of Records in Federal Investigations**
18 U.S.C. § 1519
- Not more than twenty (20) years of imprisonment;
- Not more than a $250,000 fine;
- Not more than three years of supervised release;
- $100 special assessment.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Jennifer J. Kirkland*

Jennifer J. Kirkland
Assistant United States Attorney
New York Bar 4838611